William H. Hill, Appellant, v. Grace Hoole and others, Respondents. — Part of judgment appealed from affirmed, with costs. Opinion by Dykman, J.

Henry Miller, Respondent, v. George M. Usher, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

Nicholas Vanderwall, Respondent, v. Peter Olsen and others, Appellants. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.; Cullen, J., not sitting.

Mary H. Graves and others, Appellants, v. John Deterling and others, Respondents.—Judgment dismissing complaint affirmed, with costs. Opinion by Cullen, J.

Anna K. Gilman and others, Respondents, v. Winthrop W. Gilman, Appellant —Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

George F. Hussner and others v. The Brooklyn City Railroad Company.—Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

Ida E. Simmons, Administratrix, etc., Appellant, v. The Manhattan Railway Company, Respondent.—Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.; Cullen, J., not sitting.

In the Matter of the Accounting of Noah Sellick, Executor, etc.—Decree of surrogate reversed, with costs to appellant out of the estate. Opinion by Barnard, P. J.

In the Matter of the Accounting of Noah Sellick, as Testamentary Trustee under the Will of Decker.—Decree of surrogate reversed, with costs to appellant out of the estate. Opinion by Barnard, P. J.

The First National Bank of Indianapolis, Respondent, v. The Middletown National Bank, Appellant.—Judgment modified in accordance with opinion ; order to be settled by Justice Dykman. Opinion by Dykman, J.

John A. Taylor, as Assignee, Respondent, v. Stephen R. Pinckney, Appellant.—Judgment and order denying new trial affirmed, with costs; order refusing new trial on account of newly-discovered evidence affirmed. Opinion by Cullen, J.

Andrew J. Perry, as Executor, etc., Respondent, v. William B. Davis, Appellant.—Judgment modified by deducting $105, and as modified affirmed, without costs of appeal. Opinion by Dykman, J.

Charles W. Cooke, by Guardian, Respondent, v. The Lalance-Grosjean Manufacturing Company, Appellant.—Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by Barnard, P. J.; Cullen, J., not sitting.

Walter C. Spooner, by Guardian, Respondent, v. The Delaware and Lackawanna Railroad Company, Appellant.—Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J ; Dykman, J., dissenting.

Thomas J. Rich, Jr., as Administrator, etc., Appellant, v. Henry W. Hauxhurst, Respondent. —Judgment reversed, and new trial granted, costs to abide event. Opinion by Barnard, P. J.

Samuel S. Free, Respondent, v. Martha A. Fancher and others, Appellants.—Judgment and order confirming referee's report and order denying new trial affirmed, with costs. Opinion by Cullen, J.

James H. Ruggles, Respondent, v. American Central Insurance Company.— Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

James D. Leary, Appellant, v. Susan J. Boggs and others, Respondents.—Judgment reversed and new trial granted at Special Term, reference vacated, costs to abide event. Opinion by Barnard, P. J.

Bernard Kane, Respondent, v. The Manhattan Railway Company, Appellant. — Judgment and order denoing new trial reversed, and new trial granted, costs to abide event. Opinion by Cullen, J. ; Barnard, P. J., dissenting.

George C. Genet, Appellant, v. The City of Brooklyn, Respondent.— Judgment affirmed, with costs. Opinion by Barnard, P. J.

Bridget Cahalin, Appellant, v. John S. Cochran, Respondent. — Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J. ; Dykman, J., not sitting.

John Vincent, Respondent, v. John Flanagan and others, Appellants.— Order reversed, with costs and disbursements, and default opened upon payment by defendant of costs included in judgment. Opinion by Dykman, J.

James S. Blydenburgh, Respondent, v. Munson E. Frost and others, Appellants.— Motion denied, with ten dollars costs. Opinion by Cullen, J.

The People of the State of New York ex rel. John Andrews, Respondent, v. Theodore F. Jackson, as Registrar, etc., Appellant.— Order affirmed, with costs and disbursements. Opinion by Dykman, J. ; Cullen, J., not sitting.

William C. Veghte, Administrator, etc., Respondent, v. Florence Slocum and others, Appellants. — Order affirmed, with costs and disbursements. Opinions by Barnard, P. J., and Cullen, J.; Dykman, J., not sitting.

Louis H. Dickerson, Respondent, v. La De Valsen C. Gordon, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.

Nathan J. Mills, Respondent, v. Catharine Kernochan, Appellant.—Judgment reversed and new trial granted, costs to abide event, order of reference vacated. Opinion by Cullen, J.

Philip L. Cootey, Plaintiff, v. Isaac Frank and another, Defendants —Exception sustained and judgment reversed, and judgment given for defendant, with costs. Opinion by Barnard, P. J. ; Cullen, J., not sitting.

George W. Robertson and another, Respondents, v. David R. Miller, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

Frank W. Halstead and others, Appellants, v. Isaac W. Sherrill and others, Respondents. — Reargument ordered.

Bridget Delahoyd, Respondent, v. Julia A. Alverson, Appellant. — Judgment affirmed, except as to costs, and so modified as to give costs to defendant, no costs of appeal to either party. Opinion by Cullen, J.; Barnard, P. J., not sitting.

The People of the State of New York ex rel. Thomas R. Deverell, Respondent, v. The Musical Mutual Protective Union, Appellant. — Judgment affirmed, with costs. Opinion by Dykman, J.

Jesse Button, v. William D. Chapin. — Motion denied, with ten dollars costs.

John White v. James Boice and others. — Order modified so as to set aside the General Term order as irregular, because the notice of argument is illegal. Order to be settled by Justice Barnard. Opinion by Barnard P. J.; Cullen, J., not sitting.

Richard Kinsley, Respondent, v. The Brooklyn and Crosstown Railroad Company, Appellant.— Judgment and order denying new trial reversed, and new trial granted, with costs to abide event Opinion by Dykman, J.; Cullen, J., not sitting.

In the Matter of the Application of Allan Campbell.— Order affirmed, with costs. Opinion by Pratt, J.

Thomas H. Stringham, Respondent, v. Cornelia M. Stewart, Appellant.— Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

Waltemire v. Waltemire.—Motion granted correcting judgment order so as to state that the decision was made on a question of fact.